## Exhibit A to the Complaint

**Location:** Levittown, NY  
**Total Works Infringed:** 25

**IP Address:** 72.80.145.233  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: E0AF7859247E9800D759DA84A45EEFBFDDD10940<br>File Hash:<br>0B14DBE570574A0AF499E20F778375B8D4031013148AB5387C2EF9DF6BEFCA94 | 04-22-2022 17:59:34 | Tushy | 04-10-2022 | 04-23-2022 | PA0002346425 |
| 2 | Info Hash: F25D6091568DCF016037878F502F7561F8BBDB62<br>File Hash:<br>B765DC1E587DFE9F8CFFB338CE68DC6984DB58A9F3E49E002A3B6AF2120B63F8 | 04-22-2022 15:19:35 | Tushy | 04-17-2022 | 04-23-2022 | PA0002346417 |
| 3 | Info Hash: BB81089EAF05C40CCE481A2F330F02ACB090287C<br>File Hash:<br>0EA61D8C0D5F9949B59F72AEC678DB4A9F5DAEE41068E14543623290A1D53939 | 04-21-2022 00:15:08 | Vixen | 04-15-2022 | 04-23-2022 | PA0002346429 |
| 4 | Info Hash: E42BF152A4EC951796244F2341E76A53A0AD942E<br>File Hash:<br>6E3D8FF54A9CE05A4C59AADCE36D9C10EC594282AA18DFF0AB2E15FF655E4B17 | 04-12-2022 01:25:25 | Blacked | 04-09-2022 | 04-23-2022 | PA0002346430 |
| 5 | Info Hash: 37FCEC7EF986FFCCC8BF5B7B87DB00BC2F62412F<br>File Hash:<br>75590ACD09E73C2BEAE6E99225A66B798892758E655E13AFC43F6E6992F6EC2C | 04-07-2022 00:37:36 | Blacked Raw | 04-04-2022 | 04-23-2022 | PA0002346436 |
| 6 | Info Hash: 9CD6B4B5CB5613DA730AE441FFB9454E59D2D4A0<br>File Hash:<br>1A487A829826213E6A024699F1E933D67518B55EA9B765591E1E19CE96FACC33 | 04-06-2022 01:35:41 | Blacked | 04-02-2022 | 04-23-2022 | PA0002346422 |
| 7 | Info Hash: 8718D1A730597C8875843BC558E09F3F826B2CA8<br>File Hash:<br>9DA51859B1898834419940EC5ECB7219D68EF073463B076855A03D3715ECA676 | 03-25-2022 00:40:55 | Tushy | 03-20-2022 | 03-29-2022 | PA0002342842 |
| 8 | Info Hash: 051D34E23334E775BADDB2E6D44B554659B70352<br>File Hash:<br>B689DD45562F442F3D8F3826A771C9E400070FE767ACB08881AEB0460CFDFE34 | 02-24-2022 22:01:12 | Tushy | 02-20-2022 | 03-29-2022 | PA0002342839 |
| 9 | Info Hash: CAA4B2DB8D7E7578DCCDF2CAC8507DA4F8FC3101<br>File Hash:<br>AB144613C89FD85DB45886D7F8EBB8308E17353E47EAF21FDF2FB7CA01E3D37C | 02-24-2022 20:30:36 | Blacked Raw | 02-21-2022 | 03-29-2022 | PA0002342850 |
| 10 | Info Hash: 0B5EC623C271F469F82BB8297FAE6D37BCC78E1F<br>File Hash:<br>DD0EC7F2DCA798A079882E607E1A30F5A8CAA1C96E8F9948477FB4BF35901F03 | 02-24-2022 20:29:31 | Blacked | 02-19-2022 | 03-29-2022 | PA0002342851 |
| 11 | Info Hash: DAAF9B478875C68BBABF935BE7B5C74882006348<br>File Hash:<br>C61E974857BB8F82FA1BBBD591A8DBC4BCFF6A9F0B960F8CC182C1A032C45BE2 | 02-09-2022 00:02:28 | Blacked Raw | 02-07-2022 | 02-14-2022 | PA0002335458 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: EE2CF90BCF1DCB15939DEC05742A41DC03B966FF<br>File Hash:<br>B1035C95DFA3195E061DB932A659C132B33B11913C4105FCF7CFF6FEF7D92D97 | 02-08-2022 16:42:05 | Blacked | 02-05-2022 | 02-14-2022 | PA0002335503 |
| 13 | Info Hash: 219646C6A2BE95846F85B680A80E4003916758B1<br>File Hash:<br>3D644DF15A02586AD4A99F31146F41DC6D29A7560013D39F8A9D0D2154148AC9 | 01-31-2022 15:28:54 | Blacked | 01-29-2022 | 02-14-2022 | PA0002335485 |
| 14 | Info Hash: 4BA313390DE8B8F5CDDCE0F6D2132545ABC65A4B<br>File Hash:<br>09BA34BE40D90C07C69205C1C2FEF8AA41FB0DD3BE90FCAAEB0E25E4C034B90A | 01-24-2022 20:27:41 | Blacked | 01-22-2022 | 02-14-2022 | PA0002335440 |
| 15 | Info Hash: E0EB887CDB57670B1C52C3E2FE456F5B79E83CB7<br>File Hash:<br>CAD14980781CD84A5399CD2CB74CB3A12599F756A33DDB990D2EBC8F480F66B7 | 01-16-2022 17:24:23 | Blacked | 01-15-2022 | 02-14-2022 | PA0002335487 |
| 16 | Info Hash: 2FCCFC943E2F866F17AD423D4D3AE9FD22133077<br>File Hash:<br>58C73DFDE37652A8F5D639878D6247F19BFB79384F1A8E71E37692E4BAA0987C | 01-11-2022 19:21:38 | Tushy | 01-09-2022 | 01-17-2022 | PA0002330112 |
| 17 | Info Hash: 4E478C0D6C13D7F2E0DB6AE09D6260378FACC3C9<br>File Hash:<br>F040BDD4A99C0DE4A6ED420EBABD975406DC2FC4B90A275D0DAA98BAC9A49012 | 01-11-2022 01:16:25 | Blacked | 01-08-2022 | 01-17-2022 | PA0002330123 |
| 18 | Info Hash: 1298F063782983D727828876369D5BBECDA59BD8<br>File Hash:<br>9D3CC147078BF10D237E420B280AF5B8C9DE38D212CAE4AA0580DA88DF36C039 | 01-06-2022 20:25:59 | Blacked | 06-12-2021 | 07-08-2021 | PA0002300659 |
| 19 | Info Hash: 09D9032A2A970429F03691B86CDE4626FA367516<br>File Hash:<br>E02A28D4BC94CF2BB047936D0F077C282A44EB41C8231CABDFF014E0E6AC4B20 | 01-06-2022 20:15:00 | Blacked Raw | 12-27-2021 | 01-17-2022 | PA0002330095 |
| 20 | Info Hash: 931EDC181F041A51EF95AB4B173DF50FF05E4D90<br>File Hash:<br>2337021D54982B8B82C317D03796C8BD27D14D5F39C01BAA0D96A10647DCBF21 | 01-04-2022 20:40:24 | Blacked Raw | 01-03-2022 | 01-17-2022 | PA0002330091 |
| 21 | Info Hash: F169CB9BBB8CFD24D66B11B74722A13F833637A6<br>File Hash:<br>E1ED585BF4436B422A08AB6BB6CE0FDD3D5F9591A78F4B50B55502BF589AA74C | 01-04-2022 20:28:36 | Tushy | 01-02-2022 | 01-17-2022 | PA0002330092 |
| 22 | Info Hash: 6F381DE756DA1DE290C0E437F44B7FF8EB076531<br>File Hash:<br>654F0D020E8D6E40EE394C82B97DF46D151AB08490C8963B6B9E2C626EB79B7A | 01-04-2022 16:25:43 | Tushy | 12-26-2021 | 02-03-2022 | PA0002341847 |
| 23 | Info Hash: 2A3718418920E8D80A36D02393F7E6CF44970EE6<br>File Hash:<br>EAED696B9570348621E5B65C6E904BBC2681AE92449F55BAAFAFD0B4CB126C03 | 12-10-2021 18:01:15 | Tushy | 12-05-2021 | 12-09-2021 | PA0002325840 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 3FE961EE90C2E5C570D1558C2B2D1943CB2219CB<br>File Hash:<br>55C9681E8D9E09D407E04F41BE38EBB3DFB942FC52C7C97F531E2DDBD2A4C779 | 12-10-2021 17:39:42 | Blacked | 12-04-2021 | 12-09-2021 | PA0002325833 |
| 25 | Info Hash: B23CE9830A783E770D537D9097F47F4D03FCC397<br>File Hash:<br>BB7CA52BE686951B50DABBD995BFDAF9E6F46B837DBE95A1F0594562FED78E8D | 12-03-2021 20:19:23 | Vixen | 11-26-2021 | 01-07-2022 | PA0002337919 |